1
2
3
4
5
6

FILED

APR 2 3 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

7        **UNITED STATES DISTRICT COURT**

8        **SOUTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | Case No. 19MJ1506-WVG |
| 11                Plaintiff, ) | |
| 12                           ) | **FINDINGS OF FACT AND ORDER** |
|                              ) | **RE WAIVER OF DETENTION** |
| 13        v.                 ) | **PENDING TRIAL** |
| 14 TANNER LAWSON,            ) | |
| 15                Defendant  ) | |
| 16 _____) | |

17

18        In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a

19 detention hearing was scheduled for **APRIL 23, 2019**, to determine whether

20 **TANNER LAWSON** (the "Defendant") shall be held in custody without bail pending

21 trial and, if convicted, sentencing in the above-captioned matter.

22        At the hearing on **APRIL 23, 2019**, the Defendant knowingly and voluntarily

23 waived all rights, on the record and through counsel, to the setting of bail and the

24 detention hearing.  Based on that waiver, the Court orders that Defendant be detained

25 pending trial because he is a serious flight risk as well as a danger to the community

26 and, if convicted, sentencing in these matters, without prejudice or waiver of the

27 Defendant's right to later apply for bail and conditions of release, and without

28

-1-

1  prejudice or waiver of the right of the United States to seek detention in the event of
2  an application by Defendant for such relief.

3  ORDER

4      IT IS HEREBY ORDERED that Defendant be detained pending trial and, if
5  convicted, sentencing in these matters.

6      IT IS FURTHER ORDERED that Defendant be committed to the custody of
7  the Attorney General or their designated representative for confinement in a
8  corrections facility separate, to the extent practicable, from persons awaiting or
9  service sentence or being held pending appeal.  The Defendant shall be afforded
10  reasonable opportunity for private consultation with counsel.

11      While in custody, upon order of a court of the United States or upon the request
12  of an attorney for the United States, the person in charge of the correctional facility
13  shall deliver the Defendant to the United States Marshal for the purpose of an
14  appearance in connection with a court proceeding or any other appearance stipulated
15  by defense and government counsel.

16      This order is made without prejudice to modification by this Court and without
17  prejudice to the Defendant's exercise of the right to bail and a detention hearing at a
18  future date.

19

20      IT IS SO ORDERED.

21

22  DATED:  4/23/19

23                                    HONORABLE WILLIAM V. GALLO
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

-2-